# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **DONNA M. HARCULA,** | ) | CASE NO. 1:22-CV-01950 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | JENNIFER DOWDELL ARMSTRONG |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | **OPINION AND ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION** |
| Defendants. | ) | |

On October 29, 2022, Plaintiff Donna M. Harcula filed a Complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny her period of disability, disability insurance benefits, and supplemental security income applications. (ECF No. 1). On August 31, 2023, Magistrate Judge Jennifer Dowdell Armstrong issued a Report and Recommendation ("R&R") recommending that the Court AFFIRM the Commissioner's final decision. (ECF No. 10).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a R&R within fourteen (14) days after service. As of the date of this Order, 14 days have passed and neither party has objected to the R&R.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt a R&R without further review. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

1

Accordingly, the Court **ADOPTS** Magistrate Judge Armstrong's R&R, incorporates it fully herein by reference, and **AFFIRMS** the Commissioner's final decision.

**IT IS SO ORDERED.**

Date: September 15, 2023

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**